NO. 07-03-0329-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

SEPTEMBER 24, 2003

_____


MARCELINO ANDRES SOLIS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM COUNTY COURT AT LAW NO. 2 OF POTTER COUNTY;

NO. 102,723; HONORABLE WILLIAM DODSON, JUDGE

_____

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

**MEMORANDUM OPINION**

Pending before this Court is appellant's motion to dismiss his appeal. Although the motion is signed only by appellant's attorney, it is accompanied by a copy of a letter written and signed by appellant in which he expresses his intent to dismiss his appeal. Concluding the motion and attached letter substantially comply with the requirements of

Rule 42.2(a) of the Texas Rules of Appellate Procedure, we grant the motion.  No decision of this Court having been delivered, the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis
Justice

Do not publish.